UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY JERROD HOLT,

    Petitioner,

v.                                CASE NO. 6:08-cv-1799-Orl-35DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Motion to Vacate Order of Dismissal and to Reopen Case (Doc. No. 6, filed Jan. 26, 2009). Having paid the filing fee on December 9, 2008, Petitioner's motion is hereby **GRANTED** and the Court's January 7, 2009, Order of Dismissal Without Prejudice (Doc. No. 5) is hereby **VACATED**. The Clerk of the Court is directed to re-open this case.

**DONE AND ORDERED** at Orlando, Florida this ___ day of January, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/28
Jeffrey Jerrod Holt